UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO SANDOVAL RODRIGUEZ (A-200-907-654), | No.  1:26-cv-2080 DJC CSK |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE CALIFORNIA CITYDETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 10) are adopted in full.

2.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

3.  Respondent is ordered to provide petitioner Rodolfo Sandoval Rodriguez (A-200-907-654) with a bond hearing before a neutral decisionmaker within seven (7) days of the adoption of these findings and recommendations where the government bears the burden of establishing by clear and convincing evidence that petitioner poses a danger to the community or a risk of flight.

4. The Clerk of the Court is directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/sand26cv2080.jo.2241.imm.bond

2